IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Martin L. Cohen** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **David M. Cohen &** | : | |
| **Janet L. Kaplan** | : | NO.: 25-cv-1438 |

# O R D E R

AND NOW, this 9th day of May, 2025, upon consideration of Plaintiff's purported Motion to Accept Service of Process (Dkt #15), it is ORDERED that the motion is DENIED. It is FURTHER ORDERED that Plaintiff is prohibited from filing further motions regarding the propriety of service without leave of Court.

BY THE COURT:

_____
GAIL WEILHEIMER          J.